UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR RAIMUNDO PEREZ, *individually and on behalf of others similarly situated*, <br>　　　　　　　　　　　Plaintiff, <br><br>　　　　　　-v- <br><br>YOSEIRY GROCERY STORE INC., *et al.*, <br>　　　　　　　　　　　Defendants. | 21-CV-7486 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

　　Defendant Yoseiry Grocery Store Inc. was served on September 13, 2021 and Defendants Adriana Aristy and Julio Castillo were served on September 16, 2021. However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

　　Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint. **If Plaintiff fails by November 16, 2021, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.**

　　Plaintiff is directed to serve a copy of this order by mail on Defendants.

　　SO ORDERED.

Dated: November 1, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge