# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

catalina@csm-legal.com

January 14, 2022

**VIA ECF**

Honorable J. Paul Oetken  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

          Re:    *Perez v. Yoseiry Grocery Store, Inc., et al*  
                  No. 20-cv-07486-JPO

Dear Hon. Judge Oetken:

      This office represents Plaintiff in the above referenced matter. Plaintiff Hector Raimundo Perez and Defendants Yoseiry Grocery Store, Inc. (d/b/a Yoseiry Grocery Store), Adriana Aristy, and Julio Castillo have agreed to a negotiated settlement ("Agreement") after extensive settlement discussions. After an initial hearing before Your Honor, the Court ordered the parties to submit a Proposed Settlement Agreement. A copy of the Proposed Agreement is attached hereto as Exhibit "A". We respectfully request the Court to approve the settlement, pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015), and dismiss the within action with prejudice.

## BACKGROUND

      Plaintiff's Complaint against Defendants alleging claims for unpaid overtime wages, liquidated damages, interest, attorneys' fees, and costs pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* (FLSA), the New York Minimum Wage Act, N.Y. Lab. Law § 650 *et seq.*, and the annual notice and wage statement requirements of the New York Labor Law (N.Y. Lab. Law. § 195).

## SETTLEMENT TERMS

      Plaintiff alleges he would be entitled to back wages of approximately $29,795.13 as his best-case scenario. In order to avoid the legal and factual risks of trial, the parties have agreed to settle this action for the total sum of $19,000.

      A court may approve a settlement where it "reflects a 'reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching.'" *Le v. Sita Information Networking Computing USA, Inc.*, No. 07 Civ. 0086, 2008 U.S. Dist. LEXIS 46174 at *2 (E.D.N.Y. June 12, 2008) (quoting *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982)); *see also Kopera v. Home Depot U.S.A., Inc.*,

No. 09 Civ. 8337, 2011 U.S. Dist. LEXIS 71816, at *2 (S.D.N.Y. June 24, 2011) ("If the proposed settlement reflects a reasonable compromise over contested issues, the settlement should be approved.").

Plaintiff believes the settlement is reasonable because of the inherent litigation and collection risk.

## ATTORNEYS' FEES

Plaintiffs' counsel will receive 33% of the $19,000 settlement which is $6,270.00. The amount provided to Plaintiffs' counsel under the settlement is fair and reasonable and well within the range of fees typically awarded in cases in this Circuit. Counsel's lodestar is $2,662.50 in attorneys' fees and $609 in costs, making the fee counsel will receive under the agreement reasonable in light of their lodestar. Indeed, the fee Plaintiff's attorneys will receive from the settlement is less than their lodestar calculation. The following is a summation of the backgrounds and rates of the attorneys who worked on this matter:

i. I, Catalina Sojo ("CS"), graduated with a J.D. equivalent degree from Pontificia Universidad Javeriana in Bogota, Colombia, in 2017. I received a Master of Laws degree (LL.M.) from Cornell University School of Law in 2019. Prior to joining Michael Faillace & Associates in June 2020, I focused my practice in intellectual property litigation and enforcement, having worked as an associate at Baker McKenzie and as in-house counsel at ViacomCBS. I have started a new firm called CSM Legal, P.C. and hold the position of Managing Partner. My work is billed at a rate of $350 per hour.

ii. Jarret Bodo ("JTB"), graduated with a J.D. from the Maurice A. Deane School of Law at Hofstra University in 2020 and was admitted to the New York State Bar in 2021. Prior to joining CSM Legal, P.C., Jarret worked on personal injury and mass torts cases at Meirowitz & Wasserberg, LLP. His work is billed at a rate of $350 per hour.

iii. Work performed by paralegals in billed at the rate of $100 per hour.

While district courts in this Circuit have commonly limited attorneys' fees to 1/3 of the recovery in FLSA settlements, the Second Circuit Court of Appeals recently rejected such a proportionality rule. *Fisher v. S.D. Prot. Inc.*, 948 F.3d 593, 2020 U.S. App. LEXIS 3295 (2d Cir. Feb. 4, 2020). In *Fisher* the Second Circuit reversed a district court's presumption of a 33% limit as an outcome determinative factor on attorneys' fees in FLSA settlements. *Id.* The Second Circuit observed that if plaintiffs' attorneys were limited to such a proportional fee, no rational attorney would take small recovery or "run of the mill" cases and employees would be left with little redress for alleged violations. *Id.* 2020 U.S. App. LEXIS 3295, *17.

In full consideration of the issues presented in both *Cheeks* and *Wolinsky,* we believe that the parties' agreement is fair and reasonable, and that the settlement should be approved. Should

Page 3

Your Honor have any questions or concerns regarding this settlement, the parties are happy to address them. The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

___/s/ Jarret Bodo_____
Jarret Bodo, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiff*

cc:   Dilcia Crispin (via ECF)
      dilcia@castlechillbsi.com
      Castle Hill Business Services, Inc.
      1217 Castle Hill Avenue
      Bronx, NY 10462